UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
TRUSTEES OF THE LOCAL 813 I.B.T.
INSURANCE TRUST FUND, THE LOCAL
813 I.B.T PENSION TRUST FUND AND
LOCAL 813, AND LOCAL 1034 SEVERANCE
TRUST FUND,

                Plaintiff,

- against -

INFINITY HAULING CORP., CROWN WASTE
CORP. d/b/a INFINITY WASTE SERVICES and
CHRISTOPHER ANTONACCI,

                Defendants.
-------------------------------------------------------X

Index No.: 05 CIV 5232
(Amon, J.)
(Levy, M.J.)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 3 1 2006 ★

P.M. _____
TIME A.M. _____

## DEFAULT JUDGMENT

This action having been commenced on November 8, 2005, by the filing of the Complaint and a copy of the Summons and Complaint having been served on defendant Infinity Hauling Corp. and Crown Waste Corp. d/b/a Infinity Waste Services on November 14 2005 by personal service upon the New York Secretary of State and upon Christopher Antonacci on March 10, 2006 and proof of service having been duly filed on November 23, 2005 and March 30, 2006, respectively, and the defendants having failed to answer or move with respect to the Complaint and the time to answer or move with respect to the Complaint having expired, it is,

**ORDERED, ADJUDGED AND DECREED**, that plaintiffs have judgment against the defendants for unpaid contributions and liquidated damages pursuant to 29 USC §1132(g)(2) in the amount of $9,289.07 calculated as follows: the defendants executed a stipulation of settlement on October 18, 2004 and agreed to pay the sum of $8,494.40 by remitting $471.92 per month until the entire balance was paid;

the defendants defaulted and owe a balance of $6,607.64 together with liquidated damages in the sum of $593.25 together with accrued interest thereon from October 18, 2004 at a rate of nine percent (9%) per annum in the sum of $648.00.; and an amount equal to twenty percent (20%) of the unpaid contributions as reasonable attorney's fees $1,440.18 **aggregating in the total sum of $9,289.07** and that the Plaintiff have execution thereon.

Dated: New York, New York
   May 3, 2006

        /s/ Hon. Carol B. Amon
        UNITED STATES DISTRICT JUDGE

This document was entered on the docket on

_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRUSTEES OF THE LOCAL 813 I.B.T.
INSURANCE TRUST FUND, THE LOCAL
813 I.B.T PENSION TRUST FUND AND
LOCAL 813, AND LOCAL 1034 SEVERANCE
TRUST FUND,

                   Plaintiff,

Index No.: 05 CIV 5232
(Amon, J.)
(Levy, M.J.)

- against -

INFINITY HAULING CORP., CROWN WASTE
CORP. d/b/a INFINITY WASTE SERVICES and
CHRISTOPHER ANTONACCI,

                   Defendants.
------------------------------------------------------------X

# DEFAULT JUDGMENT

Finkel Goldstein
Rosenbloom & Nash, LLP
Attorneys for the Plaintiff
26 Broadway, Suite 711
New York, NY 10004
(212)344-2929